IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MO-KAN TEAMSTERS PENSION FUND, a Trust Fund, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RON GOUCHER d/b/a<br>RON GOUCHER TRUCKING,<br><br>Defendant. | No. 04-0864-CV-W-GAF |

## JUDGMENT

This matter came on for hearing pursuant to the Order of the Court and pursuant to Default Judgment entered January 14, 2005, Plaintiffs appeared by Michael G. Newbold, ARNOLD, NEWBOLD, WINTER & JACKSON, P.C., their attorneys, and Trustee Jed L. Cope. The defendant does not appear.

The Court having reviewed plaintiffs' evidence, and being fully advised of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment be entered in favor of plaintiffs, Mo-Kan Teamsters Pension Fund, and its respective Trustees, and against defendant, Ron Goucher d/b/a Ron Goucher Trucking, in the amount of Twelve Thousand Seven Hundred Forty-Two and 13/100 ($12,742.13) Dollars as and for fringe benefit contributions due and owing for the period November 1, 2003, through February 28, 2005; Two Thousand Two Hundred Eighty-Nine and 98/100 ($2,289.98) Dollars as and for liquidated damages; Four Hundred Thirty-Two and 08/100 ($432.08) Dollars as and for interest; One Thousand three Hundred Fifty-Eight and 44/100 ($1,358.44) Dollars as and for audit costs; and One Thousand Four Hundred Eighty-Nine and 23/100 ($1,489.23)) Dollars as and for attorneys' fees and costs, for a total of Eighteen Thousand Three Hundred Eleven and 86/100 ($18,311.86) Dollars.

That Judgment be entered in favor of plaintiffs, Mo-Kan Teamsters Health and Welfare Fund, and its respective Trustees, and against defendant, Ron Goucher d/b/a Ron Goucher Trucking, in the amount of Eighteen Thousand Seventeen and 25/100 ($18,017.25) Dollars as and for fringe benefit contributions due and owing for the period November 1, 2003, through February 28, 2005; Three Thousand Two Hundred Twenty-Seven and 53/100 ($3,227.53) Dollars as and for liquidated damages; Five Hundred Ninety-Nine and 48/100 ($599.48) Dollars as and for interest; One Thousand Three Hundred Fifty-Eight and 44/100 ($1,358.44) Dollars as and for audit costs; and One Thousand Four Hundred Eighty-Nine and 23/100 ($1,489.23) Dollars as and for attorneys' fees and costs, for a total of Twenty-Four Thousand Six Hundred Ninety-one and 93/100 ($24,691.93) Dollars.

That Judgment be entered in favor of plaintiffs, Teamsters Local Union No. 541 Vacation-Holiday Fund, and its respective Trustees, and against defendant, Ron Goucher d/b/a Ron Goucher Trucking, in the amount of Five Thousand Seven Hundred Ninety-One and 88/100 ($5,791.88) Dollars as and for fringe benefit contributions due and owing for the period November 1, 2003, through February 28, 2005; One Thousand Forty and 90/100 ($1,040.90) Dollars as and for liquidated damages; One Hundred Ninety-Six and 40/100 ($196.40) Dollars as and for interest; Three Hundred One and 87/100 ($301.87) Dollars as and for audit costs; and Three Hundred Thirty and 96/100 ($330.96) Dollars as and for attorneys' fees and costs, for a total of Seven Thousand Six Hundred Sixty-Two and 01/100 ($7,662.01) Dollars.

That the **total judgment** in favor of plaintiffs, Mo-Kan Teamsters Pension Fund, Mo-Kan Teamsters Health and Welfare Fund and Teamsters Local Union No. 541 Vacation-Holiday Fund, and each Funds' respective Trustees, and against defendant, Ron Goucher d/b/a Ron Goucher Trucking, be entered in the amount of **Fifty Thousand Six Hundred Sixty-Five and 80/100 ($50,665.80) Dollars**; with interest on all said amounts; costs of this action be assessed against the defendant.

/s/ Gary A. Fenner

GARY A. FENNER, JUDGE

United States District Court

DATED: July 18, 2005